# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
-----------------------------------------------------------------------x

| | | |
|---|---|---|
| Bryce Martinez, | : | |
| | : | |
| *Plaintiff*, | : | Civil Action No._____ |
| | : | |
| v. | : | |
| | : | |
| Kraft Heinz Company, Inc., | : | |
| One PPG Place, | : | |
| Pittsburgh, Pennsylvania 15222 | : | |
| | : | **CONSENT TO REMOVAL** |
| *and* | : | |
| | : | |
| Mondelez International, Inc., | : | |
| 906 West Fulton Market, Suite 200, | : | |
| Chicago, Illinois 60607 | : | |
| | : | |
| *and* | : | |
| | : | |
| Post Holdings, Inc., | : | |
| 2503 S. Hanley Road, | : | |
| St. Louis, Missouri 63144 | : | |
| | : | |
| *and* | : | |
| | : | |
| The Coca-Cola Company, | : | |
| One Coca-Cola Plaza, | : | |
| Atlanta, Georgia 30313 | : | |
| | : | |
| *and* | : | |
| | : | |
| Pepsico, Inc. | : | |
| 700 Anderson Hill Road, | : | |
| Purchase, New York 10577 | : | |
| | : | |
| *and* | : | |
| | : | |
| General Mills, Inc., | : | |
| Number One General Mills Boulevard, | : | |
| Minneapolis, Minnesota 55426 | : | |
| | : | |
| *and* | : | |
| | : | |
| Nestle USA, Inc., | : | |

812 N. Moore Street,                                        :
Arlington, Virginia, 22209                                  :
                                                            :
*and*                                                       :
                                                            :
                                                            :
Kellanova,                                                  :
412 N. Wells Street,                                        :
Chicago, Illinois 60654                                     :
                                                            :
*and*                                                       :
                                                            :
WK Kellogg Co.,                                             :
One Kellogg Square,                                         :
Battle Creek, Michigan 49017                                :
                                                            :
*and*                                                       :
                                                            :
Mars Incorporated, Inc.,                                    :
6885 Elm Street,                                            :
McLean, Virginia 22101                                      :
                                                            :
*and*                                                       :
                                                            :
Conagra Brands, Inc.,                                       :
222 W. Merchandise Plaza, Suite 1300,                       :
Chicago, Illinois 60654                                     :
                                 *Defendants*.              :
--------------------------------------------------------------------x

Defendant, Mondelēz International, Inc., consents to removal of the above-captioned

action to the United States District Court for the Eastern District of Pennsylvania.

Dated:  January 22, 2025

_____
Allison M. Brown
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West, New York, NY 10001
Telephone: (212) 735-3222
allison.brown@skadden.com
*Attorneys for defendant Mondelēz*
*International, Inc.*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
-----------------------------------------------------------------------x

Bryce Martinez,                                           :
                                                          :
                                        *Plaintiff*,      :        Civil Action No._____
                                                          :
v.                                                        :
                                                          :
Kraft Heinz Company, Inc.,                                :
One PPG Place,                                            :
Pittsburgh, Pennsylvania 15222                            :
                                                          : **CONSENT TO REMOVAL**
*and*                                                     :
                                                          :
Mondelez International, Inc.,                              :
906 West Fulton Market, Suite 200,                        :
Chicago, Illinois 60607                                   :
                                                          :
*and*                                                     :
                                                          :
Post Holdings, Inc.,                                      :
2503 S. Hanley Road,                                      :
St. Louis, Missouri 63144                                 :
                                                          :
*and*                                                     :
                                                          :
The Coca-Cola Company,                                    :
One Coca-Cola Plaza,                                      :
Atlanta, Georgia 30313                                    :
                                                          :
*and*                                                     :
                                                          :
Pepsico, Inc.                                             :
700 Anderson Hill Road,                                   :
Purchase, New York 10577                                  :
                                                          :
*and*                                                     :
                                                          :
General Mills, Inc.,                                      :
Number One General Mills Boulevard,                       :
Minneapolis, Minnesota 55426                              :
                                                          :
*and*                                                     :
                                                          :
Nestle USA, Inc.,                                         :

812 N. Moore Street,                                    :
Arlington, Virginia, 22209                              :
                                                       :
*and*                                                  :
                                                       :
                                                       :
Kellanova,                                             :
412 N. Wells Street,                                   :
Chicago, Illinois 60654                                :
                                                       :
*and*                                                  :
                                                       :
WK Kellogg Co.,                                        :
One Kellogg Square,                                    :
Battle Creek, Michigan 49017                           :
                                                       :
*and*                                                  :
                                                       :
Mars Incorporated, Inc.,                               :
6885 Elm Street,                                       :
McLean, Virginia 22101                                 :
                                                       :
*and*                                                  :
                                                       :
Conagra Brands, Inc.,                                  :
222 W. Merchandise Plaza, Suite 1300,                  :
Chicago, Illinois 60654                                :
                                    *Defendants*.      :
--------------------------------------------------------------------x

    Defendant Post Holdings, Inc. hereby consents to the removal of the above-captioned

action to the United States District Court for the Eastern District of Pennsylvania filed by

Defendant, The Kraft Heinz Company (incorrectly named as "Kraft Heinz Company, Inc.").


Dated:  January 22, 2025                    **FAEGRE DRINKER BIDDLE & REATH LLP**

                                           */s/ David F. Abernethy*
                                           David F. Abernethy (PA Bar ID 36666)
                                           Email: david.abernethy@faegredrinker.com
                                           One Logan Square, Suite 2000
                                           Philadelphia, Pennsylvania 19103
                                           Phone: (215) 988-2700

                                           *Counsel for Post Holdings, Inc.*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
----------------------------------------------------------------------x

Bryce Martinez,                                            :
                                                           :
                                 *Plaintiff*,              :    Civil Action No._____
                                                           :
v.                                                         :
                                                           :
Kraft Heinz Company, Inc.,                                 :
One PPG Place,                                             :
Pittsburgh, Pennsylvania 15222                             :
                                                           : **CONSENT TO REMOVAL**
*and*                                                      :
                                                           :
Mondelez International, Inc.,                              :
906 West Fulton Market, Suite 200,                        :
Chicago, Illinois 60607                                    :
                                                           :
*and*                                                      :
                                                           :
Post Holdings, Inc.,                                       :
2503 S. Hanley Road,                                       :
St. Louis, Missouri 63144                                  :
                                                           :
*and*                                                      :
                                                           :
The Coca-Cola Company,                                     :
One Coca-Cola Plaza,                                       :
Atlanta, Georgia 30313                                     :
                                                           :
*and*                                                      :
                                                           :
Pepsico, Inc.                                              :
700 Anderson Hill Road,                                    :
Purchase, New York 10577                                   :
                                                           :
*and*                                                      :
                                                           :
General Mills, Inc.,                                       :
Number One General Mills Boulevard,                        :
Minneapolis, Minnesota 55426                               :
                                                           :
*and*                                                      :
                                                           :
Nestle USA, Inc.,                                          :

812 N. Moore Street,                                          :
Arlington, Virginia, 22209                                   :
                                                             :
*and*                                                        :
                                                             :
                                                             :
Kellanova,                                                   :
412 N. Wells Street,                                         :
Chicago, Illinois 60654                                      :
                                                             :
*and*                                                        :
                                                             :
WK Kellogg Co.,                                              :
One Kellogg Square,                                          :
Battle Creek, Michigan 49017                                 :
                                                             :
*and*                                                        :
                                                             :
Mars Incorporated, Inc.,                                     :
6885 Elm Street,                                             :
McLean, Virginia 22101                                       :
                                                             :
*and*                                                        :
                                                             :
Conagra Brands, Inc.,                                        :
222 W. Merchandise Plaza, Suite 1300,                        :
Chicago, Illinois 60654                                      :
                                      *Defendants*.          :
-------------------------------------------------------------------x

Defendant The Coca-Cola Company hereby consents to removal of the above-captioned

action to the United States District Court for the Eastern District of Pennsylvania.

Dated:  January 22, 2025

                            **HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**

By:    _/s/ Mark A. Aronchick_
            Mark A. Aronchick

            Mark A. Aronchick
            **HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**
            One Logan Sq.
            27th Fl.
            Philadelphia, PA 19103
            215-568-6200
            Email: maronchick@hangley.com

            ANGELA M. SPIVEY (_pro hac vice forthcoming_)
            ANDREW G. PHILLIPS (_pro hac vice forthcoming_)
            JAMIE S. GEORGE (_pro hac vice forthcoming_)
            **ALSTON & BIRD LLP**
            One Atlantic Center
            1201 West Peachtree Street, Suite 4900
            Atlanta, GA 30309-3424
            Telephone:    (404) 881-7000
            Facsimile:    (404) 881-7777
            E-mail:angela.spivey@alston.com
            andrew.phillips@alston.com
            jamie.george@alston.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
------------------------------------------------------------------------x

| | | |
|---|---|---|
| Bryce Martinez, | : | |
| | : | |
| *Plaintiff*, | : | Civil Action No._____ |
| | : | |
| v. | : | |
| | : | |
| Kraft Heinz Company, Inc., | : | |
| One PPG Place, | : | |
| Pittsburgh, Pennsylvania 15222 | : | |
| | : | **CONSENT TO REMOVAL** |
| *and* | : | |
| | : | |
| Mondelez International, Inc., | : | |
| 906 West Fulton Market, Suite 200, | : | |
| Chicago, Illinois 60607 | : | |
| | : | |
| *and* | : | |
| | : | |
| Post Holdings, Inc., | : | |
| 2503 S. Hanley Road, | : | |
| St. Louis, Missouri 63144 | : | |
| | : | |
| *and* | : | |
| | : | |
| The Coca-Cola Company, | : | |
| One Coca-Cola Plaza, | : | |
| Atlanta, Georgia 30313 | : | |
| | : | |
| *and* | : | |
| | : | |
| Pepsico, Inc. | : | |
| 700 Anderson Hill Road, | : | |
| Purchase, New York 10577 | : | |
| | : | |
| *and* | : | |
| | : | |
| General Mills, Inc., | : | |
| Number One General Mills Boulevard, | : | |
| Minneapolis, Minnesota 55426 | : | |
| | : | |
| *and* | : | |
| | : | |

Nestle USA, Inc.,                                    :
812 N. Moore Street,                                 :
Arlington, Virginia, 22209                           :
                                                     :
*and*                                                :
                                                     :
                                                     :
Kellanova,                                           :
412 N. Wells Street,                                 :
Chicago, Illinois 60654                              :
                                                     :
*and*                                                :
                                                     :
WK Kellogg Co.,                                      :
One Kellogg Square,                                  :
Battle Creek, Michigan 49017                         :
                                                     :
*and*                                                :
                                                     :
Mars Incorporated, Inc.,                             :
6885 Elm Street,                                     :
McLean, Virginia 22101                               :
                                                     :
*and*                                                :
                                                     :
Conagra Brands, Inc.,                                :
222 W. Merchandise Plaza, Suite 1300,                :
Chicago, Illinois 60654                              :
                         *Defendants*.               :
---------------------------------------------------------------------x


        Defendant PepsiCo, Inc. hereby consents to the removal of the above-captioned action to

the United States District Court for the Eastern District of Pennsylvania filed by Defendant, The

Kraft Heinz Company (incorrectly named as "Kraft Heinz Company, Inc.").

Dated: January 21, 2025                    **DECHERT LLP**

                                           */s/ Hope S. Freiwald*
                                           Hope S. Freiwald (PA Bar No. 61087)
                                           2929 Arch Street
                                           Philadelphia, PA 19104
                                           Telephone: (215) 994-2514
                                           Email: hope.freiwald@dechert.com

                                           *Attorneys for Defendant, PepsiCo, Inc.*

3

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
----------------------------------------------------------------------x

Bryce Martinez,                                              :
                                                            :
                                    *Plaintiff*,            :    Civil Action No._____
                                                            :
v.                                                          :
                                                            :
Kraft Heinz Company, Inc.,                                  :
One PPG Place,                                              :
Pittsburgh, Pennsylvania 15222                              :
                                                            : **<u>CONSENT TO REMOVAL</u>**
*and*                                                       :
                                                            :
Mondelez International, Inc.,                               :
906 West Fulton Market, Suite 200,                         :
Chicago, Illinois 60607                                     :
                                                            :
*and*                                                       :
                                                            :
Post Holdings, Inc.,                                        :
2503 S. Hanley Road,                                        :
St. Louis, Missouri 63144                                   :
                                                            :
*and*                                                       :
                                                            :
The Coca-Cola Company,                                      :
One Coca-Cola Plaza,                                        :
Atlanta, Georgia 30313                                      :
                                                            :
*and*                                                       :
                                                            :
Pepsico, Inc.                                               :
700 Anderson Hill Road,                                     :
Purchase, New York 10577                                    :
                                                            :
*and*                                                       :
                                                            :
General Mills, Inc.,                                        :
Number One General Mills Boulevard,                        :
Minneapolis, Minnesota 55426                               :
                                                            :
*and*                                                       :
                                                            :
Nestle USA, Inc.,                                           :

812 N. Moore Street,                                          :
Arlington, Virginia, 22209                                    :
                                                              :
*and*                                                         :
                                                              :
                                                              :
Kellanova,                                                    :
412 N. Wells Street,                                          :
Chicago, Illinois 60654                                       :
                                                              :
*and*                                                         :
                                                              :
WK Kellogg Co.,                                               :
One Kellogg Square,                                           :
Battle Creek, Michigan 49017                                  :
                                                              :
*and*                                                         :
                                                              :
Mars Incorporated, Inc.,                                      :
6885 Elm Street,                                              :
McLean, Virginia 22101                                        :
                                                              :
*and*                                                         :
                                                              :
Conagra Brands, Inc.,                                         :
222 W. Merchandise Plaza, Suite 1300,                         :
Chicago, Illinois 60654                                       :
                                   *Defendants*.              :

2

---------------------------------------------------------------------------x

Defendant General Mills, Inc. hereby consents to the removal of the above-captioned action to the United States District Court for the Eastern District of Pennsylvania filed by Defendant, The Kraft Heinz Company (incorrectly named as "Kraft Heinz Company, Inc.").

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

BY: _____

Tiffany M. Alexander, Esquire
PA ID: 88681
1000 Westlakes Drive, Suite 275
Berwyn, PA 19312
610-943-5351
Tiffany.alexander@nelsonmullins.com
*Counsel for Defendant, General Mills, Inc.*

Dated:  January 22, 2025

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
-----------------------------------------------------------------------x

Bryce Martinez,                                              :
                                                             :
                                      *Plaintiff*,           :     Civil Action No._____
                                                             :
v.                                                           :
                                                             :
Kraft Heinz Company, Inc.,                                   :
One PPG Place,                                               :
Pittsburgh, Pennsylvania 15222                               :
                                                             : **<u>CONSENT TO REMOVAL</u>**
*and*                                                        :
                                                             :
Mondelez International, Inc.,                                :
906 West Fulton Market, Suite 200,                           :
Chicago, Illinois 60607                                      :
                                                             :
*and*                                                        :
                                                             :
Post Holdings, Inc.,                                         :
2503 S. Hanley Road,                                         :
St. Louis, Missouri 63144                                    :
                                                             :
*and*                                                        :
                                                             :
The Coca-Cola Company,                                       :
One Coca-Cola Plaza,                                         :
Atlanta, Georgia 30313                                       :
                                                             :
*and*                                                        :
                                                             :
Pepsico, Inc.                                                :
700 Anderson Hill Road,                                      :
Purchase, New York 10577                                     :
                                                             :
*and*                                                        :
                                                             :
General Mills, Inc.,                                         :
Number One General Mills Boulevard,                          :
Minneapolis, Minnesota 55426                                 :
                                                             :
*and*                                                        :
                                                             :
Nestle USA, Inc.,                                            :

812 N. Moore Street,                                    :
Arlington, Virginia, 22209                              :
                                                        :
*and*                                                   :
                                                        :
                                                        :
Kellanova,                                              :
412 N. Wells Street,                                    :
Chicago, Illinois 60654                                 :
                                                        :
*and*                                                   :
                                                        :
WK Kellogg Co.,                                         :
One Kellogg Square,                                     :
Battle Creek, Michigan 49017                            :
                                                        :
*and*                                                   :
                                                        :
Mars Incorporated, Inc.,                                :
6885 Elm Street,                                        :
McLean, Virginia 22101                                  :
                                                        :
*and*                                                   :
                                                        :
Conagra Brands, Inc.,                                   :
222 W. Merchandise Plaza, Suite 1300,                   :
Chicago, Illinois 60654                                 :
                          *Defendants*.                 :

2

-------------------------------------------------------------------------x

Defendant Nestlé USA, Inc. hereby consents to the removal of the above-captioned action to the United States District Court for the Eastern District of Pennsylvania filed by Defendant, The Kraft Heinz Company (incorrectly named as "Kraft Heinz Company, Inc.").

Dated: January 21, 2025                    Respectfully submitted,

                                           */s/ Jasmeet K. Ahuja*
                                           Jasmeet K. Ahuja (PA ID 322093)
                                           **HOGAN LOVELLS US LLP**
                                           1735 Market Street, 23rd Floor
                                           Philadelphia, PA 19103
                                           T: (267) 675-4667
                                           F: (267) 675-4601
                                           jasmeet.ahuja@hoganlovells.com

                                           *Counsel for Defendant Nestlé USA, Inc.*

3

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
-----------------------------------------------------------------------x

Bryce Martinez,                                       :
                                                      :
                                    *Plaintiff*,      :    Civil Action No._____
                                                      :
v.                                                    :
                                                      :
Kraft Heinz Company, Inc.,                            :
One PPG Place,                                        :
Pittsburgh, Pennsylvania 15222                        :
                                                      :    **CONSENT TO REMOVAL**
*and*                                                 :
                                                      :
Mondelez International, Inc.,                          :
906 West Fulton Market, Suite 200,                    :
Chicago, Illinois 60607                               :
                                                      :
*and*                                                 :
                                                      :
Post Holdings, Inc.,                                  :
2503 S. Hanley Road,                                  :
St. Louis, Missouri 63144                             :
                                                      :
*and*                                                 :
                                                      :
The Coca-Cola Company,                                :
One Coca-Cola Plaza,                                  :
Atlanta, Georgia 30313                                :
                                                      :
*and*                                                 :
                                                      :
Pepsico, Inc.                                         :
700 Anderson Hill Road,                               :
Purchase, New York 10577                              :
                                                      :
*and*                                                 :
                                                      :
General Mills, Inc.,                                  :
Number One General Mills Boulevard,                   :
Minneapolis, Minnesota 55426                          :
                                                      :
*and*                                                 :
                                                      :
Nestle USA, Inc.,                                     :

812 N. Moore Street,                                        :
Arlington, Virginia, 22209                                 :
                                                           :
*and*                                                      :
                                                           :
                                                           :
Kellanova,                                                 :
412 N. Wells Street,                                       :
Chicago, Illinois 60654                                    :
                                                           :
*and*                                                      :
                                                           :
WK Kellogg Co.,                                            :
One Kellogg Square,                                        :
Battle Creek, Michigan 49017                               :
                                                           :
*and*                                                      :
                                                           :
Mars Incorporated, Inc.,                                   :
6885 Elm Street,                                           :
McLean, Virginia 22101                                     :
                                                           :
*and*                                                      :
                                                           :
Conagra Brands, Inc.,                                      :
222 W. Merchandise Plaza, Suite 1300,                      :
Chicago, Illinois 60654                                    :
                                    *Defendants*.          :

Defendant Kellanova hereby consents to removal of the above-captioned action to the

United    States    District    Court    for    the    Eastern    District    of    Pennsylvania.

Dated:  January 22, 2025



Michael Holecek (*Pro Hac Vice* forthcoming)
   mholecek@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  (213) 229-7000

*Counsel for Kellanova*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
----------------------------------------------------------------------x

Bryce Martinez,                                    :
                                                   :
                              *Plaintiff*,         :    Civil Action No._____
                                                   :
v.                                                 :
                                                   :
Kraft Heinz Company, Inc.,                         :
One PPG Place,                                     :
Pittsburgh, Pennsylvania 15222                     :
                                                   : **<u>CONSENT TO REMOVAL</u>**
*and*                                              :
                                                   :
Mondelez International, Inc.,                      :
906 West Fulton Market, Suite 200,                 :
Chicago, Illinois 60607                            :
                                                   :
*and*                                              :
                                                   :
Post Holdings, Inc.,                               :
2503 S. Hanley Road,                               :
St. Louis, Missouri 63144                          :
                                                   :
*and*                                              :
                                                   :
The Coca-Cola Company,                             :
One Coca-Cola Plaza,                               :
Atlanta, Georgia 30313                             :
                                                   :
*and*                                              :
                                                   :
Pepsico, Inc.                                      :
700 Anderson Hill Road,                            :
Purchase, New York 10577                           :
                                                   :
*and*                                              :
                                                   :
General Mills, Inc.,                               :
Number One General Mills Boulevard,                :
Minneapolis, Minnesota 55426                       :
                                                   :
*and*                                              :
                                                   :
Nestle USA, Inc.,                                  :

812 N. Moore Street,                                    :
Arlington, Virginia, 22209                              :
                                                        :
*and*                                                   :
                                                        :
                                                        :
Kellanova,                                              :
412 N. Wells Street,                                    :
Chicago, Illinois 60654                                 :
                                                        :
*and*                                                   :
                                                        :
WK Kellogg Co.,                                         :
One Kellogg Square,                                     :
Battle Creek, Michigan 49017                            :
                                                        :
*and*                                                   :
                                                        :
Mars Incorporated, Inc.,                                :
6885 Elm Street,                                        :
McLean, Virginia 22101                                  :
                                                        :
*and*                                                   :
                                                        :
Conagra Brands, Inc.,                                   :
222 W. Merchandise Plaza, Suite 1300,                   :
Chicago, Illinois 60654                                 :
                              *Defendants.*              :
------------------------------------------------------------------x

Defendant WK Kellogg Co. hereby consents to removal of the above-captioned action to

the United States District Court for the Eastern District of Pennsylvania filed by Defendant, The

Kraft Heinz Company (incorrectly named as "Kraft Heinz Company, Inc.").

**STAPLETON SEGAL COCHRAN LLC**

Dated: January 22, 2025

   /s/ John S. Stapleton
John S. Stapleton, PA ID No. 200872
1760 Market Street, Suite 403
Philadelphia, PA 19103
215.561.1500
jstapleton@stapletonsegal.com

*Attorney for WK Kellogg Co.*

3

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
-------------------------------------------------------------------------x

Bryce Martinez,                                        :
                                                       :
                                    *Plaintiff*,       :    Civil Action No._____
                                                       :
v.                                                     :
                                                       :
Kraft Heinz Company, Inc.,                             :
One PPG Place,                                         :
Pittsburgh, Pennsylvania 15222                         :
                                                       :    : **CONSENT TO REMOVAL**
*and*                                                  :
                                                       :
Mondelez International, Inc.,                           :
906 West Fulton Market, Suite 200,                     :
Chicago, Illinois 60607                                :
                                                       :
*and*                                                  :
                                                       :
Post Holdings, Inc.,                                   :
2503 S. Hanley Road,                                   :
St. Louis, Missouri 63144                              :
                                                       :
*and*                                                  :
                                                       :
The Coca-Cola Company,                                 :
One Coca-Cola Plaza,                                   :
Atlanta, Georgia 30313                                 :
                                                       :
*and*                                                  :
                                                       :
Pepsico, Inc.                                          :
700 Anderson Hill Road,                                :
Purchase, New York 10577                               :
                                                       :
*and*                                                  :
                                                       :
General Mills, Inc.,                                   :
Number One General Mills Boulevard,                    :
Minneapolis, Minnesota 55426                           :
                                                       :
*and*                                                  :
                                                       :
Nestle USA, Inc.,                                      :

812 N. Moore Street,                                                   :
Arlington, Virginia, 22209                                            :
                                                                      :
*and*                                                                 :
                                                                      :
Kellanova,                                                            :
412 N. Wells Street,                                                  :
Chicago, Illinois 60654                                               :
                                                                      :
*and*                                                                 :
                                                                      :
WK Kellogg Co.,                                                       :
One Kellogg Square,                                                   :
Battle Creek, Michigan 49017                                          :
                                                                      :
*and*                                                                 :
                                                                      :
Mars Incorporated, Inc.,                                              :
6885 Elm Street,                                                      :
McLean, Virginia 22101                                                :
                                                                      :
*and*                                                                 :
                                                                      :
Conagra Brands, Inc.,                                                 :
222 W. Merchandise Plaza, Suite 1300,                                 :
Chicago, Illinois 60654                                               :
                                                                      :
                                          *Defendants.*               :
------------------------------------------------------------------------x

Defendant Mars, Incorporated (incorrectly named as "Mars Incorporated, Inc.") hereby consents to removal of the above-captioned action to the United States District Court for the Eastern District of Pennsylvania filed by Defendant The Kraft Heinz Company (incorrectly named as "Kraft Heinz Company, Inc.").

Dated:  January 22, 2025

Paul E. Boehm
pboehm@wc.com
Dane Butswinkas
dbutswinkas@wc.com
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Phone:  (202) 434-5000
Fax:  (202) 434-5029

3

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
-----------------------------------------------------------------------x
Bryce Martinez,                                            :
                                                           :
                                    *Plaintiff*,           :    Civil Action No._____
                                                           :
v.                                                         :
                                                           :
Kraft Heinz Company, Inc.,                                 :
One PPG Place,                                             :
Pittsburgh, Pennsylvania 15222                             :
                                                           : **<u>CONSENT TO REMOVAL</u>**
*and*                                                      :
                                                           :
Mondelez International, Inc.,                              :
906 West Fulton Market, Suite 200,                         :
Chicago, Illinois 60607                                    :
                                                           :
*and*                                                      :
                                                           :
Post Holdings, Inc.,                                       :
2503 S. Hanley Road,                                       :
St. Louis, Missouri 63144                                  :
                                                           :
*and*                                                      :
                                                           :
The Coca-Cola Company,                                     :
One Coca-Cola Plaza,                                       :
Atlanta, Georgia 30313                                     :
                                                           :
*and*                                                      :
                                                           :
Pepsico, Inc.                                              :
700 Anderson Hill Road,                                    :
Purchase, New York 10577                                   :
                                                           :
*and*                                                      :
                                                           :
General Mills, Inc.,                                       :
Number One General Mills Boulevard,                        :
Minneapolis, Minnesota 55426                               :
                                                           :
*and*                                                      :
                                                           :
Nestle USA, Inc.,                                          :

812 N. Moore Street,                                        :
Arlington, Virginia, 22209                                  :
                                                            :
*and*                                                       :
                                                            :
Kellanova,                                                  :
412 N. Wells Street,                                        :
Chicago, Illinois 60654                                     :
                                                            :
*and*                                                       :
                                                            :
WK Kellogg Co.,                                             :
One Kellogg Square,                                         :
Battle Creek, Michigan 49017                                :
                                                            :
*and*                                                       :
                                                            :
Mars Incorporated, Inc.,                                    :
6885 Elm Street,                                            :
McLean, Virginia 22101                                      :
                                                            :
*and*                                                       :
                                                            :
Conagra Brands, Inc.,                                       :
222 W. Merchandise Plaza, Suite 1300,                       :
Chicago, Illinois 60654                                     :
                              *Defendants*.                 :

--------------------------------------------------------------------x

Defendant Conagra Brands, Inc. hereby consents to the removal of the above-captioned action to the United States District Court for the Eastern District of Pennsylvania filed by Defendant, The Kraft Heinz Company (incorrectly named as "Kraft Heinz Company, Inc.").

**REED SMITH LLP**

BY: ___ */s/ Stephen J. McConnell*

Stephen J. McConnell, Esquire
PA ID: 80583
Three Logan Square, 1717 Arch Street, Suite 3100
Philadelphia, PA 19103
(215) 851-8121
smcconnell@reedsmith.com

BY: ___ */s/ Melissa A. Geist*

Melissa A. Geist, Esquire
PA ID: 83068
506 Carnegie Center, Suite 300
Princeton, NJ 08540
(609) 987-0050
mgeist@reedsmith.com

*Attorneys for Defendant, Conagra Brands, Inc.*

Dated:  January 22, 2025