IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYCE MARTINEZ | : |
| Plaintiff, | : |
| | : Civil Case No. 2:25-cv-00377-MRP |
| v. | : |
| | : **JURY TRIAL DEMANDED** |
| KRAFT HEINZ COMPANY, INC., et al. | : |
| Defendants. | : |

**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS
TO RESPOND TO COMPLAINT**

WHEREAS, on January 22, 2025, Defendant The Kraft Heinz Company, identified in the caption as Kraft Heinz Company, Inc., filed a Notice of Removal in this action;

WHEREAS, Defendants in this action have been served on various dates and therefore currently have differing deadlines to respond to Plaintiff's Complaint;

WHEREAS, the current earliest deadline for any Defendant to respond to the Complaint is January 29, 2025;

WHEREAS, to promote efficiency in responding to Plaintiff's Complaint, Defendants requested a uniform deadline and extension to respond to Plaintiff's Complaint and further requested that the deadline be the later of 60 days from January 29, 2025 or 30 days from a ruling on any motion to remand, should one be filed by Plaintiff;

WHEREAS, Plaintiff stipulates and agrees to this request; and

WHEREAS, an extension to respond to Plaintiff's Complaint will not otherwise impact any other deadlines in this matter.

IT IS THEREFORE STIPULATED AND AGREED that:

The deadline for all Defendants to respond to Plaintiff's Complaint is extended to the later of March 31, 2025 or 30 days from the ruling on any remand motion, should one by filed by Plaintiffs.

Pursuant to Local Rule of Civil Procedure 5.1.2(9), the undersigned attorneys have consented to the submission of this document by counsel for Defendant The Kraft Heinz Company.

Dated: January 28, 2025

| | |
|---|---|
| s/K. Clancy Boylan<br>K. Clancy Boylan (Pa. Id. No. 314117)<br>MORGAN & MORGAN<br>2005 Market Street, Suite 350<br>Philadelphia, PA 19103<br>Tel: (215) 446-9795<br>Email: cboylan@forthepeople.com<br><br>Joshua M. Autry (Pa. Id. No. 208459)<br>MORGAN & MORGAN<br>199 Water Street, Suite 1500<br>New York, NY 10038<br>Tel: (859) 899-8785<br>Email: jautry@forthepeople.com<br><br>Dave Buchanan (Pa. Id. No. 320392)<br>Frazar Thomas (Pa. Id. No. 325478)<br>SEEGER WEISS LLP<br>325 Chestnut Street, Suite 917<br>Philadelphia, PA 19106<br>Tel: (973) 639-9100<br>Email: dbuchanan@seegerweiss.com<br>         fthomas@seegerweiss.com<br><br>Rene F. Rocha<br>MORGAN & MORGAN<br>400 Poydras Street, Suite 1515<br>New Orleans, LA 70130<br>Tel: (504) 636-6310<br>Email: rrocha@forthepeople.com | s/Chanda A. Miller<br>Chanda A. Miller<br>Cathryn N. Ryan<br>BARNES & THORNBURG LLP<br>Three Logan Square<br>1717 Arch Street, Suite 4900<br>Philadelphia, PA 19103<br>Tel: (445) 201-8920<br>Email: chanda.miller@btlaw.com<br>         cathryn.ryan@btlaw.com<br><br>Michelle A. Ramirez<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>Email: michelle.ramirez@sidley.com<br><br>Heidi Levine<br>Alan E. Rothman<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>Tel: (212) 839-5300<br>Fax: (212) 839-5599<br>Email: hlevine@sidley.com<br>         arothman@sidley.com<br><br>*Counsel for Defendant The Kraft Heinz Company, incorrectly named as Kraft Heinz Company, Inc.* |

| | |
|---|---|
| T. Michael Morgan<br>Jennifer Winn<br>MORGAN & MORGAN<br>20 N Orange Ave., Suite 1600<br>Orlando, FL 32801<br>Tel:  (407) 418-2031<br>Email:  mmorgan@forthepeople.com<br>            jwinn@forthepeople.com<br><br>Christopher A. Seeger<br>Parvin K. Aminolroaya<br>SEEGER WEISS<br>55 Challenger Road<br>Ridgefield Park, NJ 07660<br>Tel:  (212) 584-0700<br>Email:  cseeger@seegerweiss.com<br>            paminolroaya@seegerweiss.com<br><br>Frank Petosa<br>MORGAN & MORGAN<br>8151 Peters Road, Suite 4000<br>Plantation, FL 33324<br>Tel:  (954) 318-0268<br>Email:  fpetosa@forthepeople.com<br><br>*Counsel for Plaintiff*<br><br>s | s/Allison M. Brown<br>Allison M. Brown (Pa. Id. No. 202227)<br>SKADDEN, ARPS, SLATE, MEAGHER<br>& FLOM LLP<br>One Manhattan West<br>New York, NY 10001<br>Tel:  (212) 735-3222<br>Email:  allison.brown@skadden.com<br><br>*Counsel for Defendant Mondelēz International, Inc.*<br><br>s/David F. Abernethy<br>David F. Abernethy (Pa. Id. No. 36666)<br>FAEGRE DRINKER BIDDLE<br>    & REATH LLP<br>One Logan Square, Suite 2000<br>Philadelphia, PA 19103<br>Tel:  (215) 988-2700<br>Email: david.abernethy@faegredrinker.com<br><br>*Counsel for Defendant Post Holdings, Inc.*<br><br>s/Frederick P. Santarelli<br>Frederick P. Santarelli (Pa. Id. No. 53901)<br>ELLIOTT GREENLEAF, P.C.<br>Union Meeting Corporate Center V<br>925 Harvest Drive, Suite 300<br>Blue Bell, Pennsylvania 19422<br>Tel: (215) 977-1024<br>Email:  FPSantarelli@elliottgreenleaf.com<br><br>Michael Holecek (pro hac vice)<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Tel:  (213) 229-7000<br>Email:  mholecek@gibsondunn.com<br><br>*Counsel for Defendant Kellanova* |

3

        s/Mark A. Aronchick
Mark A. Aronchick (PA Id. No. 20261)
HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
One Logan Sq.
27th Fl.
Philadelphia, PA 19103
Tel:  (215) 568-6200
Email: maronchick@hangley.com

Angela M. Spivey
Andrew G. Phillips
Jamie S. George
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Email: angela.spivey@alston.com
       andrew.phillips@alston.com
       jamie.george@alston.com

*Counsel for Defendant The Coca-Cola Company*


        s/Craig D. Singer
Craig D. Singer (Pa. Id. No. 71394)
Paul E. Boehm
Dane Butswinkas
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Tel:  (202) 434-5000
Email: csinger@wc.com
       pboehm@wc.com
       dbutswinkas@ wc.com

*Counsel for Defendant Mars, Incorporated*


        s/Hope S. Freiwald
Hope S. Freiwald (Pa. Id. No. 60187)
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Tel:  (215) 994-2514
Email:  hope.freiwald@dechert.com

*Counsel for Defendant PepsiCo, Inc.*

s/Tiffany M. Alexander
Tiffany M. Alexander (Pa. Id. No. 88681)
NELSON MULLINS RILEY &
   SCARBOROUGH LLP
1000 Westlakes Drive, Suite 275
Berwyn, PA 19312
Tel:  (610) 943-5351
Email: Tiffany.alexander@nelsonmullins.com

*Counsel for Defendant General Mills, Inc.*


s/Jasmeet K. Ahuja
Jasmeet K. Ahuja (Pa. Id. No. 322093)
Hogan Lovells US LLP
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Tel:  (267) 675-4667
Email:  jasmeet.ahuja@hoganlovells.com

*Counsel for Defendant Nestlé USA, Inc.*


s/John S. Stapleton
John S. Stapleton (Pa. Id. No. 200872)
STAPLETON SEGAL COCHRAN LLC
1760 Market Street, Suite 403
Philadelphia, PA 19103
Tel:  (215) 561-1500
Email:  jstapleton@stapletonsegal.com

*Counsel for Defendant WK Kellogg Co.*


s/Stephen J. McConnell
Stephen J. McConnell
REED SMITH LLP
Three Logan Square, 1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel:  (215) 851-8121
Email:  smcconnell@reedsmith.com

        Melissa A. Geist
        REED SMITH LLP
        506 Carnegie Center, Suite 300
        Princeton, NJ 08540
        Tel:  (609) 987-0050
        Email:  mgeist@reedsmith.com

*Counsel for Defendant Conagra Brands, Inc.*

**IT IS SO ORDERED:**

Dated: _____
                                                Hon. Mia Roberts Perez