UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYCE MARTINEZ, | : |
| Plaintiff, | : |
| | : No. 2:25-cv-00377-MRP |
| | : **JURY TRIAL DEMANDED** |
| vs. | : |
| | : |
| KRAFT HEINZ COMPANY, INC., MONDELEZ INTERNATIONAL, INC., POST HOLDINGS, INC., THE COCA-COLA COMPANY, PEPSICO, INC., GENERAL MILLS, INC. NESTLE USA, INC., KELLANOVA, WK KELLOGG CO., MARS INCORPORATED, INC., CONAGRA BRANDS, INC. | : |
| Defendants. | : |

### JOINT MOTION TO EXCEED THE PAGE LIMITS AND FOR ENTRY OF ORDER SETTING BRIEFING SCHEDULE AND BRIEF LENGTHS FOR DEFENDANTS' MOTIONS TO DISMISS

To ensure efficiency and compliance with the Rules of Civil Procedure and the Policies & Procedures of this Court, the Parties met and conferred regarding Defendants' forthcoming Rule 12 motions. In lieu of separate motions, Defendants seek to file an omnibus motion targeting several issues common to some or all Defendants. In addition, up to two Defendants may file short Defendant-specific memoranda targeting individual issues. Accordingly, pursuant to the Court's Judicial Policies & Procedures (Section III.A), the Parties jointly move this Court for: (1) leave to exceed the page limits for Defendants' Omnibus Motion to Dismiss, Plaintiff's Opposition, and Defendants' Reply, and (2) entry of an Order setting briefing schedule and brief lengths for Defendants' Motions to Dismiss (memorializing their Stipulation set forth as **Exhibit A**).

1

There is good cause for this request. The Parties respectfully submit that the proposed page limits set forth below and in the attached Stipulation are appropriate given the number of issues raised in the Complaint and the number of Defendants in the case. An omnibus motion to dismiss will ensure efficiency by addressing issues common to multiple Defendants in one brief, and the proposed page limits are meaningfully shorter than those allowed under the Court's Policies and Procedures were every Defendant to file an individual brief. Accordingly, the Parties jointly request that the Court grant them leave to file their Rule 12 motions as follows:

1. Defendants may file a consolidated memorandum of law in support of their Omnibus Motion to Dismiss of no more than 50 pages.

2. Plaintiff may file an opposition brief of no more than 50 pages.

3. Defendants may file a consolidated reply of no longer than 25 pages.

4. In addition, up to two Defendants may file individual memoranda to address issues unique to those Defendants. Those memoranda shall not exceed 7 pages each. Plaintiff may file individual responses no longer than 7 pages to each Defendant-specific memoranda, and the Defendants may file individual replies no longer than 5 pages.

Furthermore, under this Court's January 29, 2025 Order, Dkt. 57, Defendants' deadline to respond to Plaintiff's Complaint is March 31, 2025. The parties jointly move this Court for an order that establishes the following schedule:

1. Plaintiff's deadline to file any briefs in response to Defendants' Motions to Dismiss is extended to May 30, 2025.

2. Defendants' deadline to file reply briefs in support of the Motions to Dismiss is extended to July 14, 2025.

The Parties Stipulation to Set Briefing Schedule and Brief Lengths for Defendants' Motions to Dismiss, memorializing the above, is attached hereto as **Exhibit A**, and a Proposed Order is filed herewith.

Dated: March 25, 2025

/s/ *Will W. Sachse*
Will W. Sachse
Hope S. Freiwald
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
215-994-2496
215-994-2514
will.sachse@dechert.com
hope.freiwald@dechert.com

Andrew S. Tulumello
Arianna M. Scavetti
Weil, Gotshal & Manges LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
202-682-7000
drew.tulumello@weil.com
arianna.scavetti@weil.com

Brian G. Liegel
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
305-577-3180
brian.liegel@weil.com

*Counsel for Defendant PepsiCo, Inc.*

/s/ *Chanda A. Miller*
Chanda A. Miller (Pa. Id. No. 206491)
Cathryn N. Ryan (Pa. Id. No. 327466)
BARNES & THORNBURG LLP
Three Logan Square
1717 Arch Street, Suite 4900
Philadelphia, PA 19103

/s/ *Rene Rocha*
Rene Rocha, Esq. (LA ID: 34411)
400 Poydras Street, Suite 1505 New Orleans, LA 70130 Ph: 504-636-6310
rrocha@forthepeople.com

*Counsel for Plaintiff Bryce Martinez*

Tel: (445) 201-8900
Fax: (445) 201-8901
Email: chanda.miller@btlaw.com
        cathryn.ryan@btlaw.com

Michelle A. Ramirez (admitted pro hac vice)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
Email: michelle.ramirez@sidley.com

Heidi Levine (admitted pro hac vice)
Alan E. Rothman (admitted pro hac vice)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 839-5300
Fax: (212) 839-5599
Email: hlevine@sidley.com
        arothman@sidley.com

*Counsel for Defendant The Kraft Heinz Company, incorrectly named as Kraft Heinz Company, Inc.*

*/s/ Allison M. Brown*
ALLISON M. BROWN
Alli.Brown@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4757
Facsimile: (212) 446-4900

*Counsel for Defendant Mondelēz International, Inc.*

*/s/ Sarah L. Brew*
David F. Abernethy (PA Attorney ID 36666)
Benjamin R. Grossman (PA Attorney ID 329219)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
Telephone: (215) 988-2700
Fax: (215) 988-2757
Email: david.abernethy@faegredrinker.com

Email: ben.grossman@faegredrinker.com

Sarah L. Brew (pro hac vice)
Tyler A. Young (pro hac vice)
Rory F. Collins (pro hac vice)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Tel: (612) 766-7000
Fax: (612) 766-1600
Email: sarah.brew@faegredrinker.com
Email: tyler.young@faegredrinker.com
Email: rory.collins@faegredrinker.com

*Counsel for Defendant Post Holdings, Inc.*

*/s/ Angela M. Spivey*
Angela M. Spivey
Alston & Bird LLP
1201 West Peachtree St.
Atlanta, GA 30309
(404) 881-7857
angela.spivey@alston.com

*Counsel for Defendant The Coca-Cola Company*

*/s/ Jamal Faleel*
Jamal Faleel (admitted pursuant to CivLR 83.5.2(b))
Norton Rose Fulbright US LLP
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402
(612) 321-2271
jamal.faleel@nortonrosefulbright.com

*Counsel for Defendant General Mills, Inc.*

*/s/ Jasmeet K. Ahuja*
Jasmeet K. Ahuja (Pa Id 322093)
Hogan Lovells US LLP
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
T: (267) 675-4667
F: (267) 675-4601
jasmeet.ahuja@hoganlovells.com

*Counsel for Defendant Nestlé USA, Inc.*

*/s/ Perlette M. Jura*
Perlette M. Jura (*pro hac vice*)
Michael Holecek (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
pjura@gibsondunn.com

Elizabeth P. Papez (*pro hac vice*)
Jason R. Meltzer (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036-4504
Telephone: (202) 955-8500
epapez@gibsondunn.com

Frederick P. Santarelli
ELLIOTT GREENLEAF
Union Meeting Corporate Center V
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
Telephone: 215-977-1024
FPSantarelli@elliottgreenleaf.com

*Counsel for Defendant Kellanova*

*/s/ John S. Stapleton*
John S. Stapleton
STAPLETON SEGAL COCHRAN LLC
1760 Market Street, Suite 403
Philadelphia, PA 19103
(215) 561.1500
jstapleton@stapletonsegal.com

Dean N. Panos
John F. Ward, Jr.
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654-4704
(312) 222-9359
dpanos@jenner.com

jward@jenner.com

*Attorneys for Defendant*
*WK Kellogg Co*

/s/ *Stephen J. Finley*
Stephen J. Finley (PA ID No. 200890)
GIBBONS P.C.
One Logan Square, Suite 1210
Philadelphia, PA 19103-2757
Telephone: (215) 446-6265
Email: sfinley@gibbonslaw.com

Dane H. Butswinkas
Paul E. Boehm
Williams & Connolly LLP
680 Maine Ave, S.W.
Washington, DC 20005
202-434-5110
dbutswinkas@wc.com
pboehm@wc.com

*Counsel for Defendant Mars Incorporated, Inc.*

*/s/ Stephen J. McConnell*
Stephen J. McConnell
Heather A. Ritch Rocks
Michael J. Salimbene
REED SMITH LLP
Three Logan Square, 1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Email: smcconnell@reedsmith.com
Email: hritchrocks@reedsmith.com
Email: msalimbene@reedsmith.com

Melissa A. Geist
REED SMITH LLP
506 Carnegie Center, Suite 300
Princeton, NJ 08540
Tel: (609) 987-0050
Email: mgeist@reedsmith.com

*Counsel for Defendant Conagra Brands, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2025, the foregoing was served via the Court's ECF system on all counsel of record.

>*/s/ Will W. Sachse*
>Will W. Sachse