# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYCE MARTINEZ, | : |
| Plaintiff, | : |
| | : No. 2:25-cv-00377-MRP |
| | **JURY TRIAL DEMANDED** |
| vs. | : |
| | : |
| KRAFT HEINZ COMPANY, INC., et al. | : |
| Defendants. | : |

## ORDER GRANTING JOINT MOTION TO EXCEED THE PAGE LIMITS AND FOR ENTRY OF ORDER SETTING BRIEFING SCHEDULE AND BRIEF LENGTHS FOR DEFENDANTS' MOTIONS TO DISMISS

The Court, having considered the Parties' Joint Motion to Exceed the Page Limits and for Entry of Order Setting Briefing Schedule and Brief Lengths for Defendants' Motions to Dismiss, **HEREBY GRANTS** the Parties' Motion as follows:

Defendants may file a consolidated memorandum in support of the Omnibus Motion to Dismiss of no more than 50 pages. Plaintiff may file an opposition of no more than 50 pages in response to Defendants' consolidated memorandum. Defendants may file a consolidated reply of no longer than 25 pages in support of Defendants' Omnibus Motion to Dismiss.

In addition to the consolidated memorandum, up to two Defendants may file individual memoranda no longer than 7 pages each. Plaintiff may file oppositions no longer than 7 pages each to the individual memoranda, and Defendants may file individual replies no longer than 5 pages.

Plaintiff's deadline to file any briefs in response to Defendants' Motions to Dismiss is extended to May 30, 2025, and Defendants' deadline to file reply briefs in support of the Motions to Dismiss is extended to July 14, 2025.

**IT IS SO ORDERED**.

Dated: March 28, 2025

_____
Hon. Mia Roberts Perez