UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYCE MARTINEZ, | : |
| Plaintiff, | : |
| | : No. 2:25-cv-00377-MRP |
| | : **JURY TRIAL DEMANDED** |
| vs. | : |
| | : |
| KRAFT HEINZ COMPANY, INC., MONDELEZ INTERNATIONAL, INC., POST HOLDINGS, INC., THE COCA-COLA COMPANY, PEPSICO, INC., GENERAL MILLS, INC. NESTLE USA, INC., KELLANOVA, WK KELLOGG CO, MARS INCORPORATED, INC., CONAGRA BRANDS, INC. | : |
| Defendants. | : |

## **DEFENDANTS' OMNIBUS MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants hereby move pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff Bryce Martinez's Complaint. In support of this Motion, Defendants submit the following:

1. Memorandum of Law in Support of Defendants' Omnibus Motion to Dismiss Plaintiff's Complaint.

2. A Certification of good faith conferral in accordance with this Court's January 24, 2025 Order. *See* ECF No. 6.

3. A Proposed Order Granting Defendants' Omnibus Motion to Dismiss Plaintiff's Complaint.

WHEREFORE, Defendants respectfully request that the Court schedule oral argument on its Motion at the Court's convenience.

WHEREFORE, pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants respectfully request that the Court dismiss Plaintiff's Complaint with prejudice.

Dated: March 31, 2025

Respectfully submitted,

/s/ *Will W. Sachse*
Will W. Sachse
Hope S. Freiwald
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
215-994-2496
215-994-2514
will.sachse@dechert.com
hope.freiwald@dechert.com

Andrew S. Tulumello (*pro hac vice*)
Arianna M. Scavetti (*pro hac vice*)
Weil, Gotshal & Manges LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
202-682-7000
drew.tulumello@weil.com
arianna.scavetti@weil.com

Brian G. Liegel (*pro hac vice*)
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
305-577-3180
brian.liegel@weil.com

*Counsel for Defendant PepsiCo, Inc.*

/s/ *Chanda A. Miller*
Chanda A. Miller (Pa. Id. No. 206491)
Cathryn N. Ryan (Pa. Id. No. 327466)
BARNES & THORNBURG LLP
Three Logan Square
1717 Arch Street, Suite 4900
Philadelphia, PA 19103
Tel: (445) 201-8900
Fax: (445) 201-8901

Email:  chanda.miller@btlaw.com
cathryn.ryan@btlaw.com

Michelle A. Ramirez (*admitted pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
Email:  michelle.ramirez@sidley.com

Heidi Levine (*admitted pro hac vice*)
Alan E. Rothman (*admitted pro hac vice*)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 839-5300
Fax: (212) 839-5599
Email:  hlevine@sidley.com
arothman@sidley.com

Christopher A. Eiswerth
   (*pro hac vice application pending*)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Tel: (202) 736-8000
Fax: (202) 736-8711
Email: ceiswerth@sidley.com

*Counsel for Defendant The Kraft Heinz Company, incorrectly named as Kraft Heinz Company, Inc.*

*/s/ Allison M. Brown*
ALLISON M. BROWN
Alli.Brown@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4757
Facsimile: (212) 446-4900

*Counsel for Defendant Mondelēz International, Inc.*

/s/ Sarah L. Brew
David F. Abernethy (PA Attorney ID 36666)
Benjamin R. Grossman (PA Attorney ID 329219)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
Telephone: (215) 988-2700
Fax: (215) 988-2757
Email: david.abernethy@faegredrinker.com
Email: ben.grossman@faegredrinker.com

Sarah L. Brew (pro hac vice)
Tyler A. Young (pro hac vice)
Rory F. Collins (pro hac vice)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Tel: (612) 766-7000
Fax: (612) 766-1600
Email: sarah.brew@faegredrinker.com
Email: tyler.young@faegredrinker.com
Email: rory.collins@faegredrinker.com

*Counsel for Defendant Post Holdings, Inc.*

/s/ Angela M. Spivey
Angela M. Spivey
Alston & Bird LLP
1201 West Peachtree St.
Atlanta, GA 30309
(404) 881-7857
angela.spivey@alston.com

*Counsel for Defendant The Coca-Cola Company*

/s/ Tiffany M. Alexander
Tiffany M. Alexander (PA Atty ID 88681)
Nelson Mullins Riley & Scarborough LLP
1000 Westlakes Drive, Suite 275

Berwyn, PA 19312
Telephone: (610) 943-5351
Tiffany.alexander@nelsonmullins.com

*/s/ S. Jamal Faleel*
Jamal Faleel (admitted pursuant to CivLR 83.5.2(b))
Norton Rose Fulbright US LLP
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402
(612) 321-2271
jamal.faleel@nortonrosefulbright.com

*Counsel for Defendant General Mills, Inc.*

*/s/ Jasmeet K. Ahuja*
Jasmeet K. Ahuja (Pa Id 322093)
Hogan Lovells US LLP
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
T: (267) 675-4667
F: (267) 675-4601
jasmeet.ahuja@hoganlovells.com

*Counsel for Defendant Nestlé USA, Inc.*

*/s/ Perlette M. Jura*
Perlette M. Jura (*pro hac vice*)
Michael Holecek (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
pjura@gibsondunn.com

Elizabeth P. Papez (*pro hac vice*)
Jason R. Meltzer (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036-4504
Telephone: (202) 955-8500
epapez@gibsondunn.com

Frederick P. Santarelli
ELLIOTT GREENLEAF
Union Meeting Corporate Center V

925 Harvest Drive, Suite 300
Blue Bell, PA 19422
Telephone: 215-977-1024
FPSantarelli@elliottgreenleaf.com

*Counsel for Defendant Kellanova*

*/s/ John S. Stapleton*
John S. Stapleton
STAPLETON SEGAL COCHRAN LLC
1760 Market Street, Suite 403
Philadelphia, PA 19103
(215) 561.1500
jstapleton@stapletonsegal.com

Dean N. Panos
John F. Ward, Jr.
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654-4704
(312) 222-9359
dpanos@jenner.com
jward@jenner.com

*Counsel for Defendant WK Kellogg Co*

/s/ *Stephen J. Finley*
Stephen J. Finley (PA ID No. 200890)
GIBBONS P.C.
One Logan Square, Suite 1210
Philadelphia, PA 19103-2757
Telephone: (215) 446-6265
Email: sfinley@gibbonslaw.com

Dane H. Butswinkas
Paul E. Boehm
Williams & Connolly LLP
680 Maine Ave, S.W.
Washington, DC 20005
202-434-5110
dbutswinkas@wc.com
pboehm@wc.com

*Counsel for Defendant Mars Incorporated,*

*Inc.*

*/s/ Stephen J. McConnell*
Stephen J. McConnell
Heather A. Ritch Rocks
Michael J. Salimbene
REED SMITH LLP
Three Logan Square, 1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Email: smcconnell@reedsmith.com
Email: hritchrocks@reedsmith.com
Email: msalimbene@reedsmith.com

Melissa A. Geist
REED SMITH LLP
506 Carnegie Center, Suite 300
Princeton, NJ 08540
Tel: (609) 987-0050
Email: mgeist@reedsmith.com

*Counsel for Defendant Conagra Brands, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2025, the foregoing was served via the Court's ECF system on all counsel of record.

*/s/ Will W. Sachse*
Will W. Sachse
