IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYCE MARTINEZ,<br><br>                Plaintiff,<br><br>   v.<br><br>THE KRAFT HEINZ COMPANY; THE KRAFT HEINZ FOODS COMPANY; MONDELEZ INTERNATIONAL, INC.; POST HOLDINGS, INC.; THE COCA-COLA COMPANY; PEPSICO, INC.; GENERAL MILLS, INC.; NESTLE USA, INC.; KELLANOVA; WK KELLOGG CO.; MARS INCORPORATED, INC.; CONAGRA BRANDS, INC.,<br><br>                Defendants. | Case No. 2:25-cv-00377 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF EXPRESS WARRANTY CLAIM**

Pursuant to FED. R. CIV. P. 41(a)(1)(A) and (B), Plaintiff Bryce Martinez hereby gives notice of his intent to dismiss his express warranty claim (Count IV) asserted against all Defendants in the above-captioned matter, without prejudice.

Dated: May 30, 2025

                                            Respectfully submitted,

                                            **MORGAN & MORGAN**

                        By:   */s/ Rene F. Rocha, Esq.*
                               RENE F. ROCHA, ESQ.*
                               LA Bar No. 34411
                               **MORGAN & MORGAN, COMPLEX LITIGATION GROUP**
                               400 Poydras Street, Suite 1515
                               New Orleans, LA 70130
                               rrocha@ForThePeople.com
                               T: (954) 318-0268
                               F: (954) 327-3018

                               */s/ Josh Autry, Esq.*
                               JOSH AUTRY, ESQ.
                               PA Bar No. 208459

KY Bar No. 98419
TN Bar No. 41623
NY Bar No. 6161962
**MORGAN & MORGAN, P.A.**
199 Water Street, Suite 1500
New York, NY 10005
jautry@ForThePeople.com
T: (859) 899-8785

K. CLANCY BOYLAN, ESQ.
PA Bar No. 314117
**MORGAN & MORGAN, P.A.**
2005 Market Street, Suite 350
Philadelphia, PA 19103
cboylan@ForThePeople.com
T: (215) 446-9795
F: (215) 446-9799

T. MICHAEL MORGAN, ESQ.*
FL Bar No. 62229
**MORGAN & MORGAN, P.A.**
20 N. Orange Ave., Suite 1600
Orlando, FL 32801
mmorgan@ForThePeople.com
T: (407) 418-2031
F: (407) 245-2284

CHRISTOPHER A. SEEGER, ESQ.**
NJ Bar No. 042631990
PARVIN K. AMINOLROAYA, ESQ.**
NJ Bar No. 028492008
**SEEGER WEISS LLP**
55 Challenger Road
Ridgefield Park, NJ 07660
cseeger@seegerweiss.com
paminolroaya@seegerweiss.com
T: (212) 584-0700
F: (212) 584-0799

FRAZAR THOMAS, ESQ.
PA Bar No. 325478
DAVE BUCHANAN, ESQ.
PA Bar No. 320392
**SEEGER WEISS LLP**
325 Chestnut Street
Suite 917

        Philadelphia, PA 19106
        fthomas@seegerweiss.com
        dbuchanan@seegerweiss.com
        T: (973) 639-9100
        F: (973) 679-8656

        FRANK PETOSA, ESQ.*
        FL Bar No. 972754
        **MORGAN & MORGAN COMPLEX LITIGATION GROUP**
        8151 Peters Road
        Suite 4000
        Plantation, FL 33324
        fpetosa@ForThePeople.com
        T: (954) 318-0268
        F: (954) 327-3018

        *Attorneys for Plaintiff*

        *\*Admitted Pro Hac Vice*
        *\*\*Pending Admission Pro Hac Vice*

## <u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on May 30, 2025, the foregoing was served via the Court's ECF system on all counsel of record.

                <u>/s/ Rene F. Rocha, Esq.</u>
                RENE F. ROCHA, ESQ.