## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRYCE MARTINEZ,** | : | |
| | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **KRAFT HEINZ COMPANY, INC., et al.,** | : | **NO. 25-377** |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 25th day of August, 2024, upon consideration of Defendants' Omnibus Motion to Dismiss Plaintiff's Complaint (ECF No. 117), Plaintiff's response thereto, and oral argument regarding the same, it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

_____
Hon. Mia R. Perez