UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYCE MARTINEZ, | : |
| Plaintiff, | : |
| | : No. 2:25-cv-00377-MRP |
| | **JURY TRIAL DEMANDED** |
| vs. | : |
| | : |
| KRAFT HEINZ COMPANY, INC., MONDELEZ INTERNATIONAL, INC., POST HOLDINGS, INC., THE COCA-COLA COMPANY, PEPSICO, INC., GENERAL MILLS, INC. NESTLE USA, INC., KELLANOVA, WK KELLOGG CO, MARS INCORPORATED, INC., CONAGRA BRANDS, INC. | : |
| Defendants. | : |

**JOINT STIPULATION AND ORDER FOR ENTRY OF ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT AND FOR RECONSIDERATION OF THE ORDER GRANTING DEFENDANTS' OMNIBUS <u>MOTION TO DISMISS</u>**

WHEREAS, on September 22, 2025, Plaintiff filed a Motion for Leave to Amend the Complaint and for Reconsideration of the Order Granting Defendants' Omnibus Motion to Dismiss ("Motion to Amend") (ECF No. 148);

WHEREAS, Plaintiff's Motion to Amend and the accompanying memorandum of law (ECF No. 148-1), proposed first amended complaint (ECF No. 148-2) and proposed order (ECF No. 148-3) spans a total of 489 pages;

WHEREAS, the current deadline for Defendants to respond to Plaintiff's Motion to Amend is October 6, 2025;

WHEREAS, the current deadline for Plaintiffs' reply is October 20, 2025;

1

WHEREAS, to allow the Parties adequate time for briefing, the Parties jointly request an extension of the briefing deadlines for Plaintiff's Motion to Amend;

WHEREAS, the Parties request an extension of Defendants' deadline to respond to Plaintiff's Motion to Amend to October 27, 2025; and

WHEREAS, the Parties request an extension of Plaintiff's reply deadline to November 13, 2025.

IT IS THEREFORE STIPULATED AND AGREED that:

The deadline for Defendants to respond to Plaintiff's Motion to Amend is extended to October 27, 2025 and the deadline for Plaintiff's reply will be extended to November 13, 2025.

Pursuant to Local Rule of Civil Procedure 5.1.2(9), the undersigned attorneys have consented to the submission of this document by counsel for Defendant PepsiCo, Inc.

Dated: October 2, 2025

| | |
|---|---|
| */s/ Rene F. Rocha* | */s/ Will W. Sachse* |
| Rene F. Rocha | Will W. Sachse |
| MORGAN & MORGAN | Hope S. Freiwald |
| 400 Poydras Street, Suite 1515 | DECHERT LLP |
| New Orleans, LA 70130 | Cira Centre |
| Tel: (504) 636-6310 | 2929 Arch Street |
| Email: rrocha@forthepeople.com | Philadelphia, PA 19104 |
| | 215-994-2496 |
| K. Clancy Boylan (Pa. Id. No. 314117) | 215-994-2514 |
| MORGAN & MORGAN | will.sachse@dechert.com |
| 2005 Market Street, Suite 350 | hope.freiwald@dechert.com |
| Philadelphia, PA 19103 | |
| Tel: (215) 446-9795 | Andrew S. Tulumello (*pro hac vice*) |
| Email: cboylan@forthepeople.com | Arianna M. Scavetti (*pro hac vice*) |
| | Weil, Gotshal & Manges LLP |
| Joshua M. Autry (Pa. Id. No. 208459) | 2001 M Street, NW, Suite 600 |
| MORGAN & MORGAN | Washington, DC 20036 |
| 199 Water Street, Suite 1500 | 202-682-7000 |
| New York, NY 10038 | drew.tulumello@weil.com |
| Tel: (859) 899-8785 | arianna.scavetti@weil.com |
| Email: jautry@forthepeople.com | |

Dave Buchanan (Pa. Id. No. 320392)
Frazar Thomas (Pa. Id. No. 325478)
SEEGER WEISS LLP
325 Chestnut Street, Suite 917
Philadelphia, PA 19106
Tel: (973) 639-9100
Email: dbuchanan@seegerweiss.com
fthomas@seegerweiss.com

T. Michael Morgan
Jennifer Winn
MORGAN & MORGAN
20 N Orange Ave., Suite 1600
Orlando, FL 32801
Tel: (407) 418-2031
Email: mmorgan@forthepeople.com
jwinn@forthepeople.m

Christopher A. Seeger
Parvin K. Aminolroaya
SEEGER WEISS
55 Challenger Road
Ridgefield Park, NJ 07660
Tel: (212) 584-0700
Email: cseeger@seegerweiss.com
paminolroaya@seegerweiss.com

Frank Petosa
MORGAN & MORGAN
8151 Peters Road, Suite 4000
Plantation, FL 33324
Tel: (954) 318-0268
Email: fpetosa@forthepeople.com

*Counsel for Plaintiffs*

Brian G. Liegel (*pro hac vice*)
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
305-577-3180
brian.liegel@weil.com

*Counsel for Defendant PepsiCo, Inc.*

<u>*/s/ Chanda A. Miller*</u>
Chanda A. Miller (Pa. Id. No. 206491)
Cathryn N. Ryan (Pa. Id. No. 327466)
BARNES & THORNBURG LLP
Three Logan Square
1717 Arch Street, Suite 4900
Philadelphia, PA 19103
Tel: (445) 201-8900
Fax: (445) 201-8901
Email:  chanda.miller@btlaw.com
            cathryn.ryan@btlaw.com

Michelle A. Ramirez (*admitted pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
Email:  michelle.ramirez@sidley.com

Heidi Levine (*admitted pro hac vice*)
Alan E. Rothman (*admitted pro hac vice*)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 839-5300
Fax: (212) 839-5599
Email:  hlevine@sidley.com
            arothman@sidley.com

Christopher A. Eiswerth (*admitted pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Tel: (202) 736-8000

Fax: (202) 736-8711
Email: ceiswerth@sidley.com

*Counsel for Defendant The Kraft Heinz Company, incorrectly named as Kraft Heinz Company, Inc.*

*/s/ Allison M. Brown*
ALLISON M. BROWN
JESSICA DAVIDSON (*pro hac vice*)
CHRISTOPHER COX (*pro hac vice*)
Alli.Brown@kirkland.com
jessica.davidson@kirkland.com
christopher.cox@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4757
Facsimile: (212) 446-4900

Jordan Michael Schwartz (*pro hac vice*)
jordan.schwartz@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave NW
Washington, DC

*Counsel for Defendant Mondelēz International, Inc.*

*/s/ Sarah L. Brew*
David F. Abernethy (PA Attorney ID 36666)
Benjamin R. Grossman (PA Attorney ID 329219)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
Telephone: (215) 988-2700
Fax: (215) 988-2757
Email: david.abernethy@faegredrinker.com
Email: ben.grossman@faegredrinker.com

Sarah L. Brew (pro hac vice)
Tyler A. Young (pro hac vice)

4

Rory F. Collins (pro hac vice)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Tel: (612) 766-7000
Fax: (612) 766-1600
Email: sarah.brew@faegredrinker.com
Email: tyler.young@faegredrinker.com
Email: rory.collins@faegredrinker.com

*Counsel for Defendant Post Holdings, Inc.*

*/s/ Angela M. Spivey*
Angela M. Spivey
Alston & Bird LLP
1201 West Peachtree St.
Atlanta, GA 30309
(404) 881-7857
angela.spivey@alston.com

*Counsel for Defendant The Coca-Cola Company*

*/s/ Tiffany M. Alexander*
Tiffany M. Alexander (PA Atty ID 88681)
Nelson Mullins Riley & Scarborough LLP
1000 Westlakes Drive, Suite 275
Berwyn, PA 19312
Telephone: (610) 943-5351
Tiffany.alexander@nelsonmullins.com

*/s/ S. Jamal Faleel*
Jamal Faleel (admitted pursuant to CivLR 83.5.2(b))
Norton Rose Fulbright US LLP
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402
(612) 321-2271
jamal.faleel@nortonrosefulbright.com

David Biderman (*pro hac vice*)
Perkins Coie LLP
1888 Century Park East

5

Suite 1700
Los Angeles, CA 90067
Email: Dbiderman@perkinscoie.com

Natalie Kathleen Sanders (*pro hac vice*)
Perkins Coie LLP
505 Howard Street
Suite 1000
San Francisco, CA 94105
661-378-2225
Email: nsanders@perkinscoie.com

*Counsel for Defendant General Mills, Inc.*

*/s/ Jasmeet K. Ahuja*
Jasmeet K. Ahuja (Pa Id 322093)
Hogan Lovells US LLP
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
T: (267) 675-4667
F: (267) 675-4601
jasmeet.ahuja@hoganlovells.com

Jessica Lynn Ellsworth (*pro hac vice*)
Hogan Lovells US LLP
555 Thirteenth St. N.W.
Washington, DC 20004
jessica.ellsworth@hoganlovells.com

Julie R. Schindel (*pro hac vice*)
Hogan Lovells US LLP
100 International Dr.
Suite 2000
Baltimore, MD 21202
julie.schindel@hoganlovells.com

*Counsel for Defendant Nestlé USA, Inc.*

*/s/ Perlette M. Jura*
Perlette M. Jura (*pro hac vice*)
Michael Holecek (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
pjura@gibsondunn.com

        Elizabeth P. Papez (*pro hac vice*)
        Jason R. Meltzer (*pro hac vice*)
        GIBSON, DUNN & CRUTCHER LLP
        1700 M Street, N.W.
        Washington, DC 20036-4504
        Telephone: (202) 955-8500
        epapez@gibsondunn.com

        Frederick P. Santarelli
        ELLIOTT GREENLEAF
        Union Meeting Corporate Center V
        925 Harvest Drive, Suite 300
        Blue Bell, PA 19422
        Telephone: 215-977-1024
        FPSantarelli@elliottgreenleaf.com

        *Counsel for Defendant Kellanova*

        */s/ John S. Stapleton*
        John S. Stapleton
        STAPLETON SEGAL COCHRAN LLC
        1760 Market Street, Suite 403
        Philadelphia, PA 19103
        (215) 561.1500
        jstapleton@stapletonsegal.com

        Dean N. Panos
        John F. Ward, Jr.
        JENNER & BLOCK LLP
        353 N. Clark St.
        Chicago, IL 60654-4704
        (312) 222-9359
        dpanos@jenner.com
        jward@jenner.com

        *Counsel for Defendant WK Kellogg Co*

        */s/ Stephen J. Finley*
        Stephen J. Finley (PA ID No. 200890)
        GIBBONS P.C.
        One Logan Square, Suite 1210
        Philadelphia, PA 19103-2757
        Telephone: (215) 446-6265
        Email: sfinley@gibbonslaw.com

Dane H. Butswinkas
Paul E. Boehm
Williams & Connolly LLP
680 Maine Ave, S.W.
Washington, DC 20005
202-434-5110
dbutswinkas@wc.com
pboehm@wc.com

*Counsel for Defendant Mars Incorporated, Inc.*

*/s/ Stephen J. McConnell*
Stephen J. McConnell
Heather A. Ritch Rocks
Michael J. Salimbene
REED SMITH LLP
Three Logan Square, 1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Email: smcconnell@reedsmith.com
Email: hritchrocks@reedsmith.com
Email: msalimbene@reedsmith.com

Melissa A. Geist
REED SMITH LLP
506 Carnegie Center, Suite 300
Princeton, NJ 08540
Tel: (609) 987-0050
Email: mgeist@reedsmith.com

*Counsel for Defendant Conagra Brands, Inc.*

**IT IS SO ORDERED:**

Dated: October 6, 2025

_____
Hon. Mia Roberts Perez