**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRYCE MARTINEZ<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KRAFT HEINZ COMPANY, INC.,<br>MONDELEZ INTERNATIONAL, INC.,<br>POST HOLDINGS, INC., THE COCA-<br>COLA COMPANY, PEPSICO, INC.,<br>GENERAL MILLS, INC., NESTLE USA,<br>INC., KELLANOVA, WK KELLOGG CO,<br>MARS INCORPORATED, INC.,<br>CONAGRA BRANDS, INC.<br><br>　　　　　Defendants. | Case No. 2:25-cv-00377<br><br>Hon. Mia Roberts Perez |

**[PROPOSED ORDER] DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND
THE COMPLAINT AND FOR RECONSIDERATION OF THE ORDER GRANTING
DEFENDANTS' OMNIBUS MOTION TO DISMISS**

**AND NOW,** upon consideration of Plaintiff's Motion for Leave to Amend The Complaint

and for Reconsideration of the Order Granting Defendants' Omnibus Motion to Dismiss and

Defendants' Response in Opposition, it is hereby **ORDERED** that the Motion is **DENIED**.

　　　　　　　　　　　　　　　　　BY THE COURT:

DATED: _____            _____

　　　　　　　　　　　　　　　　　Hon. Mia Roberts Perez