**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRYCE MARTINEZ,** | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **NO. 2:25-cv-00377** |
| **KRAFT HEINZ COMPANY, INC.,** | : | |
| **MONDELEZ INTERNATIONAL, INC.,** | : | |
| **POST HOLDINGS, INC., THE COCO-** | : | |
| **COLA COMPANY, PEPSICO, INC.,** | : | |
| **GENERAL MILLS, INC., NESTLE USA,** | : | |
| **INC., KELLANOVA, WK KELLOGG CO,** | : | |
| **MARS INCORPORATED, INC.,** | : | |
| **CONAGRA BRANDS, INC.,** | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 30th day of June, 2026, upon consideration of Plaintiff's Motion for Leave

to Amend the Complaint (ECF No. 148), and the responses thereto, it is hereby **ORDERED** that

the Motion is **DENIED.**

BY THE COURT:

_____

Hon. Mia R. Perez