**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRYCE MARTINEZ, | |
| Plaintiff, | Case No. 2:25-cv-00377 |
| v. | Hon. Mia Roberts Perez |
| KRAFT HEINZ COMPANY, INC.; MONDELEZ INTERNATIONAL, INC.; POST HOLDINGS, INC.; THE COCA-COLA COMPANY; PEPSICO, INC.; GENERAL MILLS, INC.; NESTLE USA, INC.; KELLANOVA; WK KELLOGG CO.; MARS INCORPORATED, INC.; CONAGRA BRANDS, INC., | |
| Defendants. | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Bryce Martinez appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered by the United States District Court, Eastern District of Pennsylvania, on June 30, 2026 (Doc. No. 163) and the following decisions subsumed in that judgment:

1.  The August 25, 2025 Order (Doc. No. 147) granting Defendants' Omnibus Motion to Dismiss Plaintiff's Complaint (Doc. No. 117).

2.  All prior adverse orders of the District Court which have now merged into the judgment entered on June 30, 2026.

Dated: July 21, 2026

Respectfully submitted,

*/s/ Josh Autry, Esq.*
JOSH AUTRY, ESQ.
PA Bar No. 208459
KY Bar No. 98419
TN Bar No. 41623
NY Bar No. 6161962

**MORGAN & MORGAN, P.A.**
199 Water Street, Suite 1500
New York, NY 10005
jautry@ForThePeople.com
T: (859) 899-8785

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth above, the foregoing was served via the Court's

ECF system on all counsel of record.

*/s/ Josh Autry, Esq.*
Josh Autry, Esq.